IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MICHAEL NOEL, )
       )
  Plaintiff, )      Hon. Charles P. Kocoras
       )
V. )      NO:  16-cv-08527
       )
SCOTT ROWE, NANCI ROWE, )
SIMPLE INVESTMENT )
SYSTEMS LLC, CHICAGO )
BUSINESS DEVELOPMENT )
GROUP, M3 INVESTMENTS LLC, )
MICHAEL MOYER, ANTHONY )
CHAPAS, STEVE CASEY, )
CLINTON CASEY, )
BLACKSTONE HOLDINGS LLC, )
ROBERT J. GALGAN JR., NIHAD )
SABANOVIC, MATTHEW )
WELDON, NODLEW LLC, and )
NODLEW LLC-6401, )
       )
  Defendant. )

### STIPULATION OF DISSMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff files this stipulation of dismissal, signed by all parties that have appeared, dismissing this action with prejudice, with each party to bear its own fees and costs. The terms of the "Settlement Agreement" executed between Plaintiff, Michael Noel, and Defendant, Scott Rowe, is embodied in this stipulation of dismissal and is herein incorporated by reference (in accordance with those conditions espoused by the United States Supreme Court in Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381 (1994)). To that end,

it is stipulated and agreed to by the parties that this Court shall retain jurisdiction to enforce the terms f the Settlement Agreement.

IT IS HEREBY ORDERED:

1. The parties shall comply with the terms of their settlement agreement signed on March 25th and March 29th, 2017.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through August 31, 2018.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Date: 4/6/17

Entered: _____
Honorable Charles P. Kocoras

Respectfully submitted,

MICHAEL NOEL
By his attorneys,

/s/ Melanie Pennycuff
Melanie Pennycuff
KREISLER LAW, P.C.
2846A N. Milwaukee Ave.
Chicago, IL 60618

SCOTT ROWE
By his attorneys,

/s/ James R. Griffin
James R. Griffin
SCHAIN BANKS
Three First National Plaza
70 W. Madison Street
Suite 5300
Chicago, IL 60602